**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GREGORY LENARD MILLS,

        Plaintiff,

v.                                Case No. 6:14-cv-638-Orl-37KRS

THE STATE OF FLORIDA,

        Defendant.

---

**ORDER**

This cause is before the Court on the following:

1.     Magistrate Judge Spaulding's Report and Recommendation (Doc. 2), filed April 24, 2014; and

2.     Response to Report and Recommendation (Doc. 4), filed May 12, 2014.

Proceeding *pro se*, Plaintiff brings this 42 U.S.C. § 1983 action against the State of Florida, seeking expungement of his criminal record and one million dollars in punitive damages for his allegedly unlawful incarceration. (*See* Doc. 1, pp. 2, 5.) In a well-reasoned Report and Recommendation ("R&R"), Magistrate Judge Spalding construes Plaintiff's Complaint—which was filed without paying the filing fee—as a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915 and recommends dismissal without prejudice. (*See* Doc. 2, pp. 1, 5.) Specifically, Magistrate Judge Spaulding reasons that Eleventh Amendment immunity bars Plaintiff's claims against the State of Florida, the only named Defendant, and therefore the Complaint is due to be dismissed pursuant to §1915(e)(2)(B). (*See id.* at 2–4.) Plaintiff filed a response to the R&R, in which he objects to being held to the same standard as a litigant who is

represented by counsel but does not otherwise take issue with the R&R's Eleventh Amendment immunity analysis. (*See* Doc. 4, p. 2–3.) This matter is now ripe for the Court's adjudication.

First, upon review of the R&R,[1] the Court agrees with the Magistrate Judge's recommendations entirely, with one minor exception: at the time that the Magistrate Judge issued the R&R, Plaintiff had not yet paid the filing fee or completed an Application to Proceed Without Prepayment of Costs, so the Magistrate Judge recommends directing the Clerk to mail a blank Application to Plaintiff along with a copy of this Order. (Doc. 2, p. 5.) Plaintiff subsequently filed a long-form Application and formally moved to proceed IFP, mooting that recommendation. (*See* Docs. 5, 6.) In all other respects, the Court finds that the R&R is due to be adopted and that Plaintiff's Complaint is due to be dismissed without prejudice—meaning that Plaintiff will be granted an opportunity to amend his Complaint and refile it. The Court will take up Plaintiff's motions to proceed IFP if and when Plaintiff files an Amended Complaint.

Second, the Court finds it prudent at the outset of this case to dispel Plaintiff's notion that, as a *pro se* litigant, he should be held to a more lenient standard than litigants who are represented by counsel. While IFP litigants are entitled to have court costs and fees reduced or eliminated, "once a *pro se* IFP litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure." *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). That said, the Court encourages Plaintiff

---

[1] In an abundance of caution, the Court notes that it has conducted a *de novo* review of the Complaint and the R&R's Eleventh Amendment immunity analysis and agrees that Plaintiff's claims, as currently pled, are barred by the State of Florida's Eleventh Amendment immunity.

to take advantage of the resources available to *pro se* litigants on the Court's website if Plaintiff chooses to amend and refile his Complaint.[2]

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.    Magistrate Judge Spaulding's Report and Recommendation (Doc. 2) is **ADOPTED** and **CONFIRMED** and made a part of this Order, with the exception of the recommendation that the Clerk mail to Plaintiff a blank Application to Proceed Without Prepayment of Costs, which is **REJECTED AS MOOT**.

2.    Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. On or before Friday, June 27, 2014, Plaintiff may file an Amended Complaint that complies with Magistrate Judge Spaulding's R&R (Doc. 2). Failure to file an Amended Complaint by that date will result in the Court terminating all pending motions and closing the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 2, 2014.

ROY B. DALTON JR.
United States District Judge

---

[2] Resources for *pro se* litigants are available at the Court's website, http://www.flmd.uscourts.gov/pro_se/default.htm.

Copies:

Counsel of Record

*Pro se* Party